FILED
2016 FEB -5 PM 1:35
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
PLAINTIFF

V.

CORTES, CESAR EDUARDO
DEFENDANT

CASE NUMBER: ED16-0029M

REPORT COMMENCING CRIMINAL ACTION

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 02-05-16    12:30  ☐ AM  ☒ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☐ Yes  ☒ No

4. Charges under which defendant has been booked:
   21 USC 841 AND 21 USC 846

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes  Language: ___

7. Year of Birth: 1996

8. Defendant has retained counsel:  ☒ No
   ☐ Yes  Name: ___  Phone Number: ___

9. Name of Pretrial Services Officer notified: Duty

10. Remarks (if any): ___

11. Name: A. NEGRELLI  (please print)

12. Office Phone Number: 909 386-3255    13. Agency: HSI

14. Signature: [signature]    15. Date: 02-05-16

CR-64 (2/14)    REPORT COMMENCING CRIMINAL ACTION