**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, Plaintiff, vs. Cesar Eduardo Cortes, Defendant. | Eastern Division<br>Case Number: 5:16-MJ-00029-2<br>Initial App. Date: 02/05/2016<br>Initial App. Time: 3:00 PM<br><br>Date Filed: 02/05/2016<br>Violation: 21 USC 841 and @1 USC 846<br><br>(CourtSmart/ Reporter: RS#3 | Local Complaint<br>Custody |

| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: David T. Bristow | CALENDAR/PROCEEDINGS SHEET<br>LOCAL/OUT-OF-DISTRICT CASE |

**PRESENT:** Castellanos, Danalyn (Deputy Clerk)   Daffodil Tyminski (Assistant U.S. Attorney)   None (Interpreter/Language)

- [ ] INITIAL APPEARANCE NOT HELD - CONTINUED
- [✓] Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
  - [✓] preliminary hearing OR [ ] removal hearing / Rule 20.
- [✓] Defendant states true name [✓] is as charged [ ] is _____
- [ ] Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.
- [✓] Defendant advised of consequences of false statement in financial affidavit. [ ] Financial Affidavit ordered SEALED.
- [✓] Attorney: ~~Kay Otani, DFPD~~ Carlos Juarez, CJA [✓] Appointed [ ] Prev. Appointed [ ] Poss. Contribution (see separate order)
  - [ ] Special appearance by: _____
- [✓] Government's request for detention is: [ ] GRANTED [ ] DENIED [ ] WITHDRAWN [✓] CONTINUED
- [ ] Defendant is ordered: [ ] Permanently Detained [ ] Temporarily Detained (see separate order).
- [ ] BAIL FIXED AT $_____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
- [ ] Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: [ ] GRANTED [ ] DENIED
- [ ] Preliminary Hearing waived.
- [ ] Class B Misdemeanor [ ] Defendant is advised of maximum penalties
- [ ] This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.
- [ ] PO/PSA WARRANT [ ] Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.
- [ ] Preliminary Hearing set for _____ at 4:30 PM _____
- [ ] PIA set for: _____ at 1:00PM in LA; at 9:30 AM in Riverside; at 10:00 AM in Santa Ana
- [ ] Government's motion to dismiss case/defendant _____ only: [ ] GRANTED [ ] DENIED
- [ ] Defendant's motion to dismiss for lack of probable cause: [ ] GRANTED [ ] DENIED
- [ ] Defendant executed Waiver of Rights. [ ] Process received.
- [ ] Court ORDERS defendant Held to Answer to _____ District of _____
  - [ ] Bond to transfer, if bail is posted. Defendant to report on or before _____
  - [ ] Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____
  - [ ] Warrant of removal and final commitment are ordered stayed until _____
- [✓] Case continued to (Date) Feb. 9, 2016 (Time) 2:00 AM/PM
  - Type of Hearing: Detention Before Judge David T. Bristow /Duty Magistrate Judge.
  - Proceedings will be held in the [ ] Duty Courtroom _____ [✓] Judge's Courtroom 3
- [✓] Defendant committed to the custody of the U.S. Marshal [ ] Summons: Defendant ordered to report to USM for processing.
- [ ] Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
- [ ] Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.


☐
☐ RELEASE ORDER NO: _____
☐ Other: _____

☐ PSA ☐ USPO ☐ FINANCIAL ☐ READY

Deputy Clerk Initials __DC__
: __10__

M-5 (10/13)      CALENDAR/PROCEEDING SHEET - LOCAL/OUT-OF-DISTRICT CASE      Page 1 of 1