Name and address

FILED
CLERK, U.S. DISTRICT COURT
FEB -9 2016
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION  DC  BY DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| UNITED STATES          Plaintiff(s)<br>v. | ED 16-0029 M |
| CESAR EDUARDO CORTEZ          Defendant(s). | REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

Cesar Eduardo Cortes    ☐ Plaintiff  ☑ Defendant  ☐ Other _____
*Name of Party*

hereby request the Court approve the substitution of __Guadalupe Valencia__
*New Attorney*

as attorney of record in place and stead of __Carlos Juarez__
*Present Attorney*

Dated 2/9/16            X _____
                         *Signature of Party/Authorized Representative of Party*

---

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated 2/9/16            _____
                         *Signature of Present Attorney*

---

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated 2/9/16            _____
                         *Signature of New Attorney*

                         197831
                         *State Bar Number*

---

If party requesting to appear Pro Se:

Dated _____            _____
                                 *Signature of Requesting Party*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.**

G-01 (03/06)            REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY