FILED
CLERK, U.S. DISTRICT COURT

FEB -9 2016

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

United States of America, Plaintiff(s)

v.

Cesar Eduardo Cortes, Defendant(s)

CASE NUMBER: ED16 MJ 29 - DUTY

**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**

The Court hereby orders that the request of:

Cesar Eduardo Cortes ☐ Plaintiff ☒ Defendant ☐ Other _____
Name of Party

to substitute __Guadalupe Valencia__ who is

☒ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

105 W. F Street 3rd Floor
Street Address

San Diego, CA 92101-6086
City, State, Zip

gvalencialaw@yahoo.com
E-Mail Address

619-232-2588
Telephone Number

619-232-2158
Fax Number

197831
State Bar Number

as attorney of record in place and stead of __Carlos Juarez, CJA__
Present Attorney

is hereby ☒ GRANTED ☐ DENIED

Dated 02/09/2016

_____
U.S. District Judge/U.S. Magistrate Judge

NOTICE TO COUNSEL: IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.