FILED
CLERK, U.S. DISTRICT COURT

FEB -9 2016

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Cesar Eduardo Cortes DEFENDANT. | CASE NUMBER: ED-16MJ 29(2) DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS |
|---|---|

I, Cesar Eduardo Cortez , declare that
(Defendant/Material Witness)

☐ I have never been issued any passport or other travel document by any country. I will not apply for a passport or other travel document during the pendency of this case.

☐ I am unable to locate my passport(s) or other travel document(s). If I locate any passport or other travel document issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

☒ My passport and any other travel documents are in the possession of federal authorities. If any such document is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9TH day of Feb , 20 16
at Riverside, CA
(City and state)

_____
Signature of Defendant/Material Witness

If the declarant is not an English speaker, include the following:
I, _____ , am fluent in written and spoken English and _____ languages. I accurately translated this form from English into _____ to declarant _____ on this date.

Date: _____   _____
                                    Interpreter

CR-37 (03/15)        DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS