# *United States Pretrial Services*



FILED
CLERK, U.S. DISTRICT COURT

2/9/2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ____MM____ DEPUTY

United States District Court
Central District of California

George M. Walker                                                    Jill F. McClain
Chief U.S. Pretrial Services Officer                Deputy Chief U.S. Pretrial Services Officer

February 9, 2016

United States District Court
 Riverside, California

**Re: Release Order Authorization**
**Defendant: Cortes, Cesar Eduardo**
**Docket #: 5:16-0029M-02**

To Whom It May Concern:

On February 9, 2016, the defendant's bond was set by the Honorable David T. Bristow. Special conditions of the bond include:  **RELEASE TO PRETRIAL SERVICES ONLY,** for placement in an electronic monitoring program.

Please be advised that the defendant has been found acceptable for placement in an electronic monitoring program.

If you determine that the bond has been satisfied, please prepare a release order with the **RELEASE TO PRETRIAL SERVICES ONLY** box checked for the duty Magistrate Judge's signature.

Sincerely,

*Dalayna Ecklund*

Dalayna Ecklund
Location Monitoring Technician
951-328-4491