# United States Pretrial Services

United States District Court
Central District of California





FILED
CLERK, U.S. DISTRICT COURT

2/10/2016

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_MM\_\_\_ DEPUTY

George M. Walker
Chief U.S. Pretrial Services Officer

Jill F. McClain
Deputy Chief U.S. Pretrial Services Officer

## PASSPORT RECEIPT

Defendant's name: Cesar Eduardo Cortes

Name on passport, if different: ---

Passport number:

Country of origin: USA

Date passport issued: 1-09-13

Expiration date of passport: 1-08-23

Ordered by court in the Central District of California

Docket Number: 5:16-0029M-02

Surrendered by and date (print and sign): Cesar Eduardo Cortes / [signature] 2/10/16.

Received by and date (print and sign): Pamela Pozo / [signature] BB for PP

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

Returned to and date (print and sign):

Returned by and date (print and sign):

Purpose returned:

Address (if mailed):

CAC PSA 41 12/06

| [ ] HQ & Supervision Unit | [ ] Investigation Unit | [ ] Santa Ana Branch | [ ] Riverside Branch |
|---|---|---|---|
| U.S. Courthouse<br>312 North Spring Street, Room 754<br>Los Angeles, CA 90012-4708<br>213-894-1726 / FAX 213-894-0231 | Edward R. Roybal Federal Building<br>255 East Temple Street, Room 1178<br>Los Angeles, CA 90012-3326<br>213-894-5568 / FAX 213-894-8892 | Ronald Reagan Federal Building<br>411 West Fourth Street, Room 4070<br>Santa Ana, CA 92701-4596<br>714-338-4550 / FAX 714-338-4570 | George E. Brown, Jr. Courthouse<br>3470 Twelfth Street, Room 161<br>Riverside, CA 92501<br>951-328-4490 / FAX 951-328-4489 |