# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

ED

Case Number: CR 16 00017 JGB
U.S.A. v. Cesar Eduardo CORTES
Defendant Number: 3
Year of Birth: 1996

[✓] Indictment   [ ] Information
Investigative agency (FBI, DEA, etc.): HSI

FILED 2016 MAR -4 PM 4:36 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES BY: ___

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A"**

### OFFENSE/VENUE

a. Offense charged as a:
[ ] Class A Misdemeanor   [ ] Minor Offense   [ ] Petty Offense
[ ] Class B Misdemeanor   [ ] Class C Misdemeanor   [✓] Felony

b. Date of Offense: February 5, 2016

c. County in which first offense occurred: Riverside

d. The crimes charged are alleged to have been committed in:
CHECK **ALL** THAT APPLY
[ ] Los Angeles     [ ] Ventura
[ ] Orange          [ ] Santa Barbara
[✓] Riverside       [ ] San Luis Obispo
[ ] San Bernardino  [ ] Other ___

Citation of Offense: 21 U.S.C. 841(a)(1), (b)(1)(B)

### RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   [✓] No   [ ] Yes

IF YES   Case Number ___

Pursuant to General Order 14-03, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE** ___

### PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: February 5, 2016
Case Number: ED 16-0029-M
Charging: 21 USC 841(a)(1), (b)(1)(B)

The complaint:   [✓] is still pending
[ ] was dismissed on: ___

### PREVIOUS COUNSEL

Was defendant previously represented?   [ ] No   [✓] Yes

IF YES, provide, Name: Guadelupe Valencia
Phone Number: 619-232-2588

### COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*   [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

### Superseding Indictment/Information

**IS THIS A NEW DEFENDANT?**   [✓] Yes   [ ] No

This is the ___ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on: ___

Case Number ___
The superseded case:
[ ] is still pending before Judge/Magistrate Judge ___

[ ] was previously dismissed on ___

Are there 8 or more defendants in the superseding case?
[ ] Yes*   [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [ ] No

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?
- [ ] Yes
- [x] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required?
- [ ] YES
- [x] NO

IF YES, list language and/or dialect: _____

**OTHER**

- [x] Male
- [ ] Female
- [x] U.S. Citizen
- [ ] Alien

Alias Name(s)   Lalo

This defendant is charged in:
- [x] All counts
- [ ] Only counts: _____

- [ ] This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.

- [ ] This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile?
- [ ] Yes
- [x] No

IF YES, should matter be sealed?
- [ ] Yes
- [ ] No

The area of substantive law that will be involved in this case includes:

- [ ] financial institution fraud
- [ ] government fraud
- [ ] environmental issues
- [x] narcotics offenses
- [ ] violent crimes/firearms
- [ ] Other
- [ ] public corruption
- [ ] tax offenses
- [ ] mail/wire fraud
- [ ] immigration offenses
- [ ] corporate fraud

**CUSTODY STATUS**

Defendant is **not** in custody:

a. Date and time of arrest on complaint: _____

b. Posted bond at complaint level on: 2/9/16
   in the amount of $ $50,000

c. PSA supervision?
   - [ ] Yes
   - [ ] No

d. Is on bail or release from another district: _____

Defendant is **in** custody:

a. Place of incarceration:
   - [ ] State
   - [ ] Federal

b. Name of Institution: _____

c. If Federal: U.S. Marshal's Registration Number: _____

d. [ ] Solely on this charge. Date and time of arrest: _____

e. On another conviction:
   - [ ] Yes
   - [ ] No
   
   IF YES:
   - [ ] State
   - [ ] Federal
   - [ ] Writ of Issue

f. Awaiting trial on other charges::
   - [ ] Yes
   - [ ] No
   
   IF YES:
   - [ ] State
   - [ ] Federal
   AND
   Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.   20   21   40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date   3/3/2016

Signature of Assistant U.S. Attorney
DAFFODIL TYMINSKI
Print Name