EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
DAFFODIL TYMINSKI (Cal. Bar No. 243680)
Assistant United States Attorney
OCDETF Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0917
     Facsimile: (213) 894-0142
     E-mail: Daffodil.Tyminski@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>               v.<br><br>JUAN LUIS CARDONA-RAMIREZ,<br>et al.,<br><br>          Defendants. | No. CR 16-017-JGB<br><br>ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT<br><br>**TRIAL DATE: 08-09-16,  9 AM**<br>**PRETRIAL CONF: 7-25-16, 2 PM** |

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on April 8, 2016.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

1   The Court further finds that: (i) the ends of justice served by
2  the continuance outweigh the best interest of the public and
3  defendant in a speedy trial; (ii) failure to grant the continuance
4  would be likely to make a continuation of the proceeding impossible,
5  or result in a miscarriage of justice; and (iii) failure to grant the
6  continuance would unreasonably deny defendant continuity of counsel
7  and would deny defense counsel the reasonable time necessary for
8  effective preparation, taking into account the exercise of due
9  diligence.
10      THEREFORE, FOR GOOD CAUSE SHOWN:
11      1.   The trial in this matter is continued from April 26, 2016,
12  to August 9, 2016, at 9:00 a.m. A pretrial conference is set for July
13  25, 2016, at 2:00 p.m.
14      2.   The time period of April 26, 2016, to August 9, 2016,
15  inclusive, is excluded in computing the time within which the trial
16  must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i),
17  and (B)(iv).
18      3.   Defendant CORTES shall appear in Courtroom 1 of the Federal
19  Courthouse, Riverside, California on August 9, 2016, at 8:30 a.m.
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1 | Nothing in this Order shall preclude a finding that other provisions
2 | of the Speedy Trial Act dictate that additional time periods are
3 | excluded from the period within which trial must commence.  Moreover,
4 | the same provisions and/or other provisions of the Speedy Trial Act
5 | may in the future authorize the exclusion of additional time periods
6 | from the period within which trial must commence.
7 |     IT IS SO ORDERED.

April 22, 2016

DATE

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

Presented by:

    /s/
DAFFODIL TYMINSKI
Assistant United States Attorney