# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - CHANGE OF PLEA

Case No.: EDCR 16-00017-JGB   Date: October 12, 2016

Present: The Honorable Jesus G. Bernal, ☑ District Judge / ☐ Magistrate Judge

| Wendy Rogers | Adele C. Frazier | None | J. Mark Childs by Puneet Kakkar |
|---|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Interpreter* | *Assistant U.S. Attorney* |

**USA v. DEFENDANT(S) PRESENT**

[3] Cesar Eduardo Cortes
☐ Custody ☑ Bond ☐ O/R

**ATTORNEYS PRESENT FOR DEFENDANTS**

Guadalupe Valencia
☐ Appointed ☑ Retained

**PROCEEDINGS:** CHANGE OF PLEA

☑ Defendant moves to change plea to the Indictment.
☑ Defendant now enters a new and different plea of Guilty to Count(s) **One** of the Indictment.
☑ The Court questions the defendant regarding plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered
☑ The Court refers the defendant to the Probation Office for investigation and report and continues the matter to January 9, 2017, at 2:00 p.m. for sentencing.
☑ The Court vacates the court and/or jury trial date.
☑ The pretrial conference set for October 31, 2016 is off calendar as to defendant [3] Cesar Eduardo Cortes.
☐ Court orders:

☐ Other:

00 : 22

U.S. Pretrial Services    Initials of Deputy Clerk   wr
cc:  *Probation Office*